Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **SHARON S. O'BRIEN** <br><br> Plaintiff, <br><br> vs. <br><br> **JO ANNE B. BARNHART,** <br> Commissioner of Social Security Administration, <br><br> Defendant. | Civil No. CV 03-6253-HA <br><br> **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $6785.88 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of October __11__, 2005

_____
U.S. District Judge

PRESENTED BY:

By: _____
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER